Michelle J. Shvarts (SBN 235300)
DISABILITY ADVOCATES GROUP
17525 Ventura Blvd., Ste 308
Encino, CA 91316
TEL: (800) 935-3170
FAX: (800) 501-0272
mshvarts@dagaccess.com
Attorneys for Plaintiff, Nicole Koller

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE KOLLER, <br>     Plaintiff, <br><br>   vs. <br><br> KILOLO KIJAKAZI, <br> Acting Commissioner of Social Security, <br>     Defendant. | Case No.: 8:22-cv-00995-JWH-PD <br><br> ORDER FOR AWARD OF EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

  **IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount **THREE THOUSAND NINE HUNDRED THIRTY FIVE DOLLARS** ($3,935.00) as authorized by 28 U.S.C. § 2412(d) and subject to the terms and conditions of the Stipulation.

DATED: March 15, 2023

           *Patricia Donahue*
          _____
           HON. PATRICIA DONAHUE
           United States Magistrate Judge